UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRIAN E. CAINE, ESQ.
PARKER McCAY, P.A.
9000 Midlantic Drive, Suite 300
Marlton, New Jersey 08053
(856) 985-4059
Attorney for Secured Creditor, M&T Bank

**Order Filed on June 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debra S. Shapiro

Case No. 20-10457-MBK
Chapter 13
Hearing Date:  6/10/2020 at 10:00 AM

Judge:   Michael B. Kaplan

## ORDER RESOLVING M&T BANK'S
## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 18, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Debra S. Shapiro
Case No:  20-10457-MBK
Caption of Order:  Order Resolving M&T Bank's Objection to Confirmation of Debtor's Chapter 13 Plan

Upon consideration of M&T Bank's objection to confirmation of plan on the basis of the amount of pre-petition arrears to be cured through the plan as listed in the plan ($68,560.44) versus the amount provided for in the secured claim ($74,963.52); and the parties having settled their differences and agree to the form, content and entry of the within order; and for good cause appearing therefore, it is hereby;

**ORDERED** as follows:

1.    The Debtor's treatment for M&T Bank's claim on property known as 812-814 Old York Road, Raritan, NJ 08869, is to cure the pre-petition arrears through the Chapter 13 plan and maintain the regular monthly post-petition payments to M&T Bank (per the terms of the loan documents) outside the plan.

2.    The pre-petition arrears as listed in M&T Bank's proof of claim will govern as filed, and over the amount listed in the plan.  The pre-petition arrears are $74,963.52 and will be scheduled to be paid in full through the Debtor's Chapter 13 Plan.

3.    The Chapter 13 Trustee shall adjust the amount of the arrears to be distributed to M&T Bank to reflect the terms of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 20-10457-MBK
Debra S Shapiro                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Jun 19, 2020
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db              +Debra S Shapiro,   814 Old York Road,   Raritan, NJ 08869-1706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2020 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Brian E Caine   on behalf of Creditor   M&T Bank bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Frances A Tomes   on behalf of Creditor Dean  Hecker ftomes@tomeslawfirm.com,
           Meg@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com
          Frances A Tomes   on behalf of Creditor   Estate of Marlene Hecker ftomes@tomeslawfirm.com,
           Meg@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com
          Kirsten B. Ennis   on behalf of Debtor Debra S Shapiro pacerecf@ennislegal.com,
           r53278@notify.bestcase.com
          Lynn Therese Nolan   on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
           ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com
          Maria D. Ramos-Persaud   on behalf of Creditor   Nationstar Mortgage, LLC d/b/a Mr. Cooper
           mramos-persaud@grosspolowy.com,  ecfnotices@grosspolowy.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 9