| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: PNC Bank, National Association | Order Filed on October 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  20-10457 MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |
| In Re:<br><br>Debra S. Shapiro,<br><br>    DEBTOR. | |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:  Debra S. Shapiro
Case No.: 20-10457 MBK
Caption:  **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property known as 812-814 Old York Road, Raritan Boro, NJ, 08869, with the consent of Kirsten B. Ennis, Esq., counsel for the Debtor, Debra S. Shapiro,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on September 15, 2020 as claim number seven (7) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:    Dated: 10/16/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:    Dated: 10/16/2020

*/s/ Kirsten B. Ennis*
KIRSTEN B. ENNIS, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-10457-MBK
Debra S Shapiro                                                                                 Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                               Page 1 of 2
Date Rcvd: Oct 30, 2020                      Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Debra S Shapiro, 814 Old York Road, Raritan, NJ 08869-1706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020                        Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor M&T Bank bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Creditor Dean Hecker ftomes@tomeslawfirm.com Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com |
| Frances A Tomes | on behalf of Creditor Estate of Marlene Hecker ftomes@tomeslawfirm.com Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Kirsten B. Ennis
    on behalf of Debtor Debra S Shapiro pacerecf@ennislegal.com  r53278@notify.bestcase.com

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

Maria D. Ramos-Persaud
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com

Melissa N. Licker
    on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10