UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian E. Caine, Esq.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey  08054
(856) 985-4059
Attorney for M&T Bank

**Order Filed on August 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debra S Shapiro

CASE NO.  20-10457-MBK
Chapter:  13
Hearing:  July 28, 2021
Judge:  Michael B. Kaplan

# ORDER RESOLVING M&T BANK'S
# MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 10, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Debra S Shapiro
Case No:  20-10457-MBK
Caption of Order:  Order Resolving M&T Bank's Motion for Relief from Stay and Co-Debtor Stay

Upon consideration of M&T Bank, its successors and/or assigns, (hereinafter "Movant") application for an order, pursuant to sections 362(d) and 1301 of the Bankruptcy Code, for relief from the automatic stay and co-debtor stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As of July 6, 2021, the Debtor was due for the January 1, 2021 through and including July 1, 2021 post-petition payments which total **$18,837.50**:

> 7 months @ $3,048.73 (1/2021 - 7/2021):
> Suspense:            ($2,503.61)

Said arrearages shall be cured by Debtors as follows:

a) The Debtor made a payment of $3,048.78 on or about July 15, 2021, which would reduce the post-petition arrears to $15,788.72.

b) The Debtor made a payment of $8,000.00 on or about July 20, 2021, which would reduce the post-petition arrears to $7,788.72.

c) The Debtor will make the regular monthly mortgage payment of $2,970.62 due August 1, 2021 as regularly scheduled.

d) The Debtor will cure all remaining post-petition arrears by August 31, 2021.

2. Commencing with the September 1, 2021 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

**(Page 3)**
Debtors:  Debra S Shapiro
Case No:  20-10457-MBK
Caption of Order:  Order Resolving M&T Bank's Motion for Relief from Stay and Co-Debtor Stay

---

3. Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $1,038.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay.

4. **Thirty-Day Default Clause:**  If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon certification of default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and co-debtor stay of §1301 with respect to the realty commonly known as 812-814 Old York Rd, Raritan Borough, NJ 08869.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 20-10457-MBK

Debra S Shapiro                                                                                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Debra S Shapiro, 814 Old York Road, Raritan, NJ 08869-1706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian E Caine | on behalf of Creditor M&T Bank bcaine@parkermccay.com   BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Creditor Dean Hecker ftomes@tomeslawfirm.com Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com |
| Frances A Tomes | on behalf of Creditor Estate of Marlene Hecker ftomes@tomeslawfirm.com Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Kirsten B. Ennis
    on behalf of Debtor Debra S Shapiro pacerecf@ennislegal.com  r53278@notify.bestcase.com

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

Maria D. Ramos-Persaud
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com

Melissa N. Licker
    on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10