UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:         _____

Chapter:          _____

Hearing Date:     _____

Judge:            _____

## ORDER WITHDRAWING CLAIM #4

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: September 10, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THE claim # 4 of Dean Hecker, Executor of The Estate of Marlene Hecker is withdrawn and the Trustee is authorized to pay late filed claim # 6-3 in the amount of $30,000.