UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Freehold, NJ 07728
Attorneys for Dean Hecker and the Estate of Marlene
Hecker

**Order Filed on September 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Debra Shapiro

Debtor

| | |
|---|---|
| Case No.: | 20-10457 |
| Chapter: | 13 |
| Hearing Date: | 12/29/20 |
| Judge: | Michael B. Kaplan |

## ORDER WITHDRAWING CLAIM #4

The relief set forth on the following pages, numbered two (2) through _____2_____ is
**ORDERED**.

**DATED: September 10, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THE claim # 4 of Dean Hecker, Executor of The Estate of Marlene Hecker is withdrawn and the Trustee is authorized to pay late filed claim # 6-3 in the amount of $30,000.

United States Bankruptcy Court

District of New Jersey

In re:                                                                            Case No. 20-10457-MBK

Debra S Shapiro                                                                   Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                 Page 1 of 2

Date Rcvd: Sep 10, 2021                     Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

**Recip ID**              **Recipient Name and Address**
db                   +    Debra S Shapiro, 814 Old York Road, Raritan, NJ 08869-1706

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021                         Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

**Name**                  **Email Address**

Albert Russo
                          docs@russotrustee.com

Brian E Caine
                          on behalf of Creditor M&T Bank bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Denise E. Carlon
                          on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frances A Tomes
                          on behalf of Creditor Dean Hecker ftomes@tomeslawfirm.com
                          Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com

Frances A Tomes
                          on behalf of Creditor Estate of Marlene Hecker ftomes@tomeslawfirm.com
                          Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com

Kirsten B. Ennis
on behalf of Debtor Debra S Shapiro pacerecf@ennislegal.com  r53278@notify.bestcase.com

Lynn Therese Nolan
on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

Maria D. Ramos-Persaud
on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com

Melissa N. Licker
on behalf of Creditor M&T Bank NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10