Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−10457−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra S Shapiro
   814 Old York Road
   Raritan, NJ 08869

Social Security No.:
   xxx−xx−3081

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/9/22 at 09:00 AM

to consider and act upon the following:

**91** − Creditor's Certification of Default (related document:83 Motion for Relief from Stay re: 812−814 Old York Rd, Raritan Borough, NJ 08869. Fee Amount $ 188. filed by Creditor M&T Bank, Motion for Relief from Co−Debtor Stay of Jeffrey Shapiro, 86 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of M&T Bank. Objection deadline is 02/22/2022. (Attachments: # 1 Exhibit (filed order) # 2 Proposed Order # 3 Certificate of Service) (Caine, Brian)

Dated: 2/14/22

                                                          Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court