**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-(b)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Debbie Shapiro, Debtor(s)

| In re: | Case No.: 20-10457 |
|---|---|
| Debbie Shapiro, Debra Shapiro, Debtor(s) | Chapter 13 |
| | Judge: Hon. Michael B. Kaplan |

Recommended Local Form:    __ Followed    __ Modified

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

Upon the Debtor's motion for authorization to sell the real property commonly known as 59 Cornell Blvd., Bridgewater, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be utilized to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. Pursuant to LBR 6004-1(b) the Notice of Private Sale included a request to pay the real estate broker and debtor's real estate attorney at closing. Therefore, these professionals may be paid at closing.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The balance due on the debtor's Chapter 13 Plan shall be paid to the Chapter 13 Standing Trustee in the Debtor's case.

6. The balance of proceeds shall be paid to the Debtor.

7. A copy of the HUD settlement statement shall be forwarded to the Chapter 13 Standing Trustee seven (7) days after closing.

8. The debtor has filed a Motion To Pay-off Chapter 13 Plan.

9. Other provisions:_____.