---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. 9004-1(b)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Debra Shapiro Debtor(s)

---

In re:

    Debra Shapiro, Debtor(s)

Case No.: 20-10457

Chapter 13

Judge: Hon. Michael B. Kaplan

Hearing Date: 5/5/22 at 10:00 a.m.

---

## CERTIFICATE OF SERVICE

I, Liesa Gubista, am the paralegal for Kirsten B. Ennis, who represents the debtor in the above captioned matter.

On April 29, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Notice of Motion for an Order Authorizing sale of Real Property
Certification in Support of Motion to Approve Sale of Debtor's Real Property
Notice of Proposed Private Sale
Proposed Order
Certificate of Service

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                                 KIRSTEN B. ENNIS, LLC

Date: April 29, 2022                                       /S/ Liesa Gubista
                                                          Paralegal for Kirsten B. Ennis, Esquire

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Estate of Marlene J. Hecker<br>Attn: Managing Agent, Officer or President<br>c/o Tomes Law Firm<br>1 West Main Street<br>Freehold, NJ 07728 | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | **Trustee** | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| M&T Bank<br>Attn: Managing Agent, Officer or President<br>PO Box 619063<br>Dallas, TX 75261 | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| Mr. Cooper<br>Attn: Managing Agent, Officer or President<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019 | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| PHH Mortgage<br>Attn: Managing Agent, Officer or President<br>PO Box 5452<br>Mount Laurel, NJ 08054 | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| PNC Bank | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR |

| | | |
|---|---|---|
| Attn: Managing Agent, Officer or President<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | | ☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| Wells Fargo Bank, N.A.<br>Attn: Managing Agent, Officer or President<br>PO Box 10335<br>Des Moines, IA 50306 | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |
| JP Morgan Mortgage Acquisition Corp.<br>c/o Rushmore Loan Management<br>ATTN: Managing Agent, Officer, or President<br>PO Box 52708<br>Irvine, CA 92619-2708 | **Secured Creditor** | ☐ Hand-delivered<br>☒ Regular Mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (ECF)<br>☐ Other _____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.