UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. 9004-(b)
**KIRSTEN B. ENNIS, LLC**
50 Division Street, Suite 102
Somerville, NJ 08876
(908) 713-0345
mail@ennislegal.com

**Kirsten B. Ennis, Esq. (KE7927)**
Attorney for Debbie Shapiro, Debtor(s)

Order Filed on June 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    Debbie Shapiro,    Debtor(s)

Case No.: 20-10457

Chapter 13

Judge: Hon. Michael B. Kaplan

Recommended Local Form:  __ Followed    __ Modified

### ORDER AUTHORIZING
### COMPLETION OF PLAN AND CLOSING CASE

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 8, 2022**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the Debtor's motion for authorization to complete plan and close case

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to pay balance of Plan through the sale of real property and complete her plan.

2. Other provisions:_____.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-10457-MBK

Debra S Shapiro  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Debra S Shapiro, 814 Old York Road, Raritan, NJ 08869-1706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com |
| Brian E Caine | on behalf of Creditor M&T Bank bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Creditor Estate of Marlene Hecker ftomes@tomeslawfirm.com Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Frances A Tomes
    on behalf of Creditor Dean Hecker ftomes@tomeslawfirm.com
    Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com

Kirsten B. Ennis
    on behalf of Debtor Debra S Shapiro pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

Maria D. Ramos-Persaud
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com,
    ecfnotices@grosspolowy.com

Melissa N. Licker
    on behalf of Creditor M&T Bank mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12