Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−10457−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Debra S Shapiro
   814 Old York Road
   Raritan, NJ 08869

Social Security No.:
   xxx−xx−3081

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 30, 2022
JAN: gan

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Debra S Shapiro  
    Debtor

Case No. 20-10457-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Sep 30, 2022     Form ID: cscnodsc     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra S Shapiro, 814 Old York Road, Raritan, NJ 08869-1706 |
| aty | + | David J. Knapp, 50 Division Street, Suite 102, Somerville, NJ 08876-2972 |
| cr | + | Dean Hecker, 1 West Main St., Freehold, NJ 07728-2209 |
| cr | + | Estate of Marlene Hecker, Tomes & Hanratty, 1 West Main Street, 1 West Main Street, Freehold, NJ 07728-2209 |
| 518656734 | + | Estate of Marlene J. Hecker, c/o Tomes Law Firm, 1 West Main Street, Freehold, NJ 07728-2209 |
| 518656736 | #+ | Kirsten B. Ennis, Esq, 50 Division Street, Suite 102, Somerville, NJ 08876-2972 |
| 518669119 | ++++ | NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311-4026 address filed with court:, Nationstar Mortgage, LLC d/b/a Mr. Cooper, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518656743 | + | Wells Fargo Bank, N.A., Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 30 2022 21:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 30 2022 21:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519530997 | + | Email/Text: bkenotice@rushmorelm.com | Sep 30 2022 21:38:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services 92619-2708 |
| 519530996 | | Email/Text: bkenotice@rushmorelm.com | Sep 30 2022 21:38:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518756718 | | Email/Text: camanagement@mtb.com | Sep 30 2022 21:38:00 | M&T Bank, Attn: Payment Processing, P.O. Box 1288, Buffalo, NY 14240 |
| 518759943 | | Email/Text: camanagement@mtb.com | Sep 30 2022 21:38:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 518656737 | + | Email/Text: camanagement@mtb.com | Sep 30 2022 21:38:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 518656738 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 30 2022 21:38:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |

| Recip ID | | Notice Type | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 518758902 | + | Email/Text: nsm_bk_notices@mrcooper.com | | Sep 30 2022 21:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 518656739 | + | Email/Text: BKEBN-Notifications@ocwen.com | | Sep 30 2022 21:38:00 | PHH Mortgage, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 518656740 | | Email/Text: Bankruptcy.Notices@pnc.com | | Sep 30 2022 21:38:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518957317 | | Email/Text: Bankruptcy.Notices@pnc.com | | Sep 30 2022 21:38:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 518746678 | | Email/Text: bnc-quantum@quantum3group.com | | Sep 30 2022 21:39:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518656743 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Sep 30 2022 21:32:04 | Wells Fargo Bank, N.A., Attn: Bankruptcy, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518656735 | | Jeff Shapiro |
| 518656742 | | Residential Leases |
| 518656741 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 518807985 | ##+ | Dean Hecker, c/o Tomes Law Firm PC, 1 West Main Street, Freehold, NJ 07728-2209 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2022     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Ashley Pascuzzi | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com |
| Brian E Caine | on behalf of Creditor M&T Bank bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 30, 2022 | Form ID: cscnodsc | Total Noticed: 21 |

Frances A Tomes
    on behalf of Creditor Dean Hecker ftomes@tomeslawfirm.com
    Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com

Frances A Tomes
    on behalf of Creditor Estate of Marlene Hecker ftomes@tomeslawfirm.com
    Sharisma@tomeslawfirm.com;monikam@tomeslawfirm.com;tomesfr92561@notify.bestcase.com

Kirsten B. Ennis
    on behalf of Debtor Debra S Shapiro pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net

Lynn Therese Nolan
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

Maria D. Ramos-Persaud
    on behalf of Creditor Nationstar Mortgage  LLC d/b/a Mr. Cooper mramos-persaud@grosspolowy.com,
    ecfnotices@grosspolowy.com

Melissa N. Licker
    on behalf of Creditor M&T Bank mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12